

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with
Trench, Rossi e Watanabe Advogados

March 3, 2021

<u>VIA ECF</u>

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Ashland Global Holdings Inc. v. Valvoline, Inc., Case No. 21 cv. 498 (RA)**

Dear Judge Abrams,

We represent Defendant, Valvoline Inc., in the above-referenced matter. We write, with Plaintiff's consent, to request adjournments of the Initial Conference set for March 12, 2021, and the filing date of the parties' joint letter and proposed case management plan and scheduling order, both currently due March 5, 2021.

The parties request the adjournments in light of Defendant's motion to dismiss, filed on February 26, 2021 (Dkt. 15 and 16). The parties would appreciate the opportunity to brief the issues raised in this motion before participating in an initial status conference, entering into a case management plan, and commencing potentially unnecessary fact discovery. Accordingly, we would respectfully request adjournments of the Initial Conference and the related deadlines set forth in the Court's February 10, 2021 Order (Dkt. 13), pending resolution of Defendant's motion to dismiss.

Pursuant to your Honor's Individual Rules & Practices in Civil Cases, Defendant includes with this Letter Motion a Revised Order and Notice of Initial Conference. This is defendant's second request for an adjournment, the first one having been granted (Dkt. 13).

We thank the Court for its consideration of this matter.

Respectfully,

/s Daniel A. Rosen
Daniel A. Rosen
Partner

+1 212 626 4272
daniel.rosen@bakermckenzie.com

cc:     Plaintiff's counsel (by ECF)

Application granted. The initial pretrial conference is hereby adjourned *sine die*.

SO ORDERED.

Hon. Ronnie Abrams
March 4, 2021

Baker & McKenzie LLP is a member of Baker & McKenzie International.