UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    ASHLAND GLOBAL HOLDINGS, INC.

                              Plaintiff,

                        21-CV-498 (RA)

            -v-

                        ORDER

    VALVOLINE INC.,

                            Defendant.

------------------------------------------------------------- X

RONNIE ABRAMS, United States District Judge:

       On February 26, 2021, Defendant Valvoline Inc. filed a motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).  On March 16, 2021, Ashland Global Holdings filed an Amended Complaint, and on March 30, 2021 Defendant filed a new motion to dismiss.  Accordingly, the motion to dismiss filed on February 26, 2021 is denied as moot.  The Clerk of Court is respectfully requested to close the motion at docket number fifteen (15).

       Pursuant to Local Rule 6.1, Plaintiff shall file any opposition to the pending motion by April 13, 2021.  Any reply shall be filed by April 20, 2021.

SO ORDERED.

Dated:     March 31, 2021
             New York, New York

                                                             Ronnie Abrams
                                                             United States District Judge