```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLAND GLOBAL HOLDINGS,

                Plaintiff,

      v.

VALVOLINE, INC.,

                Defendant.

No. 21-CV-00498 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Defendant's motion to dismiss the amended complaint in this action. In its opposition to Defendant's motion, Plaintiff requested oral argument. By December 20, 2021, the parties shall file a letter with the Court indicating their availability for argument the weeks of January 3, 2022 and January 10, 2022. The Court will hear argument by video conference.

SO ORDERED.

Dated:    December 15, 2021
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge