UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLAND GLOBAL HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALVOLINE, INC., <br><br> Defendant. | No. 21-CV-498 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On October 14, 2022, the parties informed the Court that this matter had been settled in principle and that they anticipated a settlement agreement would be executed within two weeks. The parties further stated that they intended to advise the Court when the agreement had been completed. To date, the Court has not received any further updates from the parties.

By no later than November 21, 2022, the parties shall notify the Court whether they have fully executed a settlement agreement and propose next steps in this matter. In the meantime, this case will otherwise be stayed.

SO ORDERED.

Dated:   November 14, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge